

United States District Court
Southern District of Texas
ENTERED

DEC 3 0 2003

Michael N. Milby, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | |
|---|---|
| AURELIO AGUILAR, MANUEL BENAVIDES, CARLOS FLORES, JOSE JAIME GONZALEZ, MOISES MANRIQUE, LORENZO MORENO, JR. PEDRO ALONSO, ROBERTO PEREZ, HERIBERTO SANCHEZ, MARIO VERA, on behalf of themselves and on behalf of all others who have filed consents to sue § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. M-00-280 JURY DEMANDED |
| VS. | |
| HENRY ESCALON, in his official capacity as Sheriff of Hidalgo County, Texas, and HIDALGO COUNTY, TEXAS | |

### AGREED ORDER OF DISMISSAL

On the _30th_ day of _December_, 2003, came on to be heard the Agreed Motion to Dismiss filed by the parties in the above-referenced cause of action and the same having been considered, the Court is of the opinion that the same should be and is hereby in all things **GRANTED**;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED by the Court that the _listed in Paragraph #1 in said Agreed Motion to Dismiss_ claims of all plaintiffs herein against defendants, Henry Escalon, in his official capacity as sheriff of Hidalgo County, Texas, and Hidalgo County, Texas, are hereby **DISMISSED WITH PREJUDICE**.

SIGNED FOR ENTRY this the _30th_ day of _December_, 2003.

_____
**UNITED STATES DISTRICT JUDGE PRESIDING**

4